_____



SO ORDERED,

**Judge Katharine M. Samson**
United States Bankruptcy Judge
Date Signed: May 28, 2025

The Order of the Court is set forth below. The docket reflects the date entered.
_____

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

| | |
|---|---|
| **IN RE:** | **CHAPTER 13** |
| **ORVILLE EDMUND & MARIBEL BARNES** | **CASE NO: 20-50905-KMS** |

### ORDER RELEASING EARNINGS OF DEBTOR

THE ORDER **(Dkt. 13)** heretofore entered in these proceedings by which the Debtor was required to pay his/her earnings and/or income, or a portion thereof, to the following named Trustee:

**WARREN A. CUNTZ, JR. TRUSTEE
P.O. BOX 3749
GULFPORT MS 39505-3749
(228) 831-9531 / (228) 831-9902**

**IS VACATED, AND THE ABOVE-NAMED DEBTOR IS AUTHORIZED TO CEASE PAYING EARNINGS AND/OR INCOME TO THE ABOVE-NAMED TRUSTEE.**

**##END OF ORDER##**