**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:  Orville Edmund Barnes  Case No. 20-50905-KMS
Maribel Barnes, Debtors  Chapter 13

**DEBTOR'S CERTIFICATION AND MOTION FOR ENTRY OF CHAPTER 13
DISCHARGE PURSUANT TO 11 U.S.C. §1328 (a) and (h)**

**This motion seeks an order discharging the debtor(s) pursuant to § 1328(a) of the bankruptcy code. If you oppose this motion, you must file a response with the court within twenty-one (21) days from the date listed below in the certificate of service. Your response must set forth the specific factual allegations with which you disagree, and a copy of your response must be served on the debtor(s) and debtor's(s') attorney. If no timely response is filed, the court may grant this motion without holding a hearing. A timely response is necessary for a hearing to be held.**

1. By signing below, the debtors certify under penalty of perjury that the following statements are true and correct:

    A. For cases filed on or after March 10, 2008, we have completed a personal financial management instructional course provided through an agency approved by the United States Trustee and have filed the certificate of completion provided by the course provider (in a joint case, both husband and wife must each complete the course and file a certificate of completion) or the approved personal financial management course provider has notified the court that we have completed a post-petition instructional course concerning personal financial management. **11 U.S.C. § 1328(g)**

    B. All pre-petition amounts owed by me on domestic support obligation ("Domestic Support Obligation" as defined at 11 U.S.C §101(14A)), if any, have been paid to the extent provided by the plan. All post-petition amounts owed by me on a domestic support obligation, if any, have been paid. **11 U.S.C §1328(a)**

    C. We have not received a discharge under chapter 7, 11 or 12 of the Bankruptcy Code in a prior case filed during the four-year period preceding the date that the petition was filed in this case. **11 U.S.C. §1328(f)(1)**

    D. We have not received a discharge under chapter 13 of the Bankruptcy Code in a prior case filed during the two-year period before the date that the petition was filed in this case. **11 U.S.C. §1328(f)(2)**

    E. We have not been convicted of a felony, the circumstances of which would demonstrate that the filing of this bankruptcy case constituted an abuse of the provisions of the Bankruptcy Code. **11 U.S.C. §1328(h)(1) and §522(q)(1)(A)**

    F. If we owe a debt arising from: (i) any violation of any State or Federal securities laws, regulations or orders, (ii) fraud, deceit or manipulation in a fiduciary capacity or in connection with the purchase or sale of any security, (iii) a civil remedy under 1964 of Title 18 of the United States Code, or (iv) that caused serious injury or death to another individual in the preceding five (5) years, in the preceding five (5) years, then we have not claimed an exemption for my/our residence in an amount in excess of the statutory

      cap as prohibited by §522(q)(1) of the Bankruptcy Code. **11 U.S.C. §1328(h)(1) and §522(q)(1)(B)**

   G. No proceeding is pending in which we may be found guilty of a felony of the kind described in §522(q)(1)(A) or in which we may be found liable for a debt of the kind described in §522(q)(1)(B). **11 U.S.C. §1328(h)(2)**

   H. We have made all payments required by my confirmed Chapter 13 plan.

2. Debtors hereby move the court for the entry of a discharge order in this case.

Signed: **/s/ Orville Edmund Barnes**                                             **05/29/2025**
          Orville Edmund Barnes                                                         Date

          **/s/ Maribel Barnes**                                                          **05/30/2025**
          Maribel Barnes                                                                     Date

          **/s/ Thomas C. Rollins, Jr.**                                               **06/02/2025**
          Thomas C. Rollins, Jr., MS Bar No. 103469                       Date
          Attorney for the Debtors
          The Rollins Law Firm, PLLC
          P.O. Box 13767
          Jackson, MS 39236
          601.500.5533

3. Mailing address for filing responses:

| Jackson Office: | Gulfport Divisional Office: |
|---|---|
| Danny L. Miller, Clerk | Danny L. Miller, Clerk |
| United States Bankruptcy Court | United States Bankruptcy Court |
| Thad Cochran US Courthouse | Dan M. Russell, Jr. U.S. Courthouse |
| 501 E Court St, Ste 2.300 | 2012 15th St, Suite 244 |
| Jackson, MS 39201 | Gulfport, MS 39501 |

**CERTIFICATE OF SERVICE**

     On June 3, 2025, a copy of this pleading was served on each of the persons listed on the attached service list either by prepaid United States mail or via electronic service through the Court's EM/ECF system at the mailing addresses and/or email addresses indicated.

                                              **/s/ Thomas C. Rollins, Jr.**
                                                Thomas C. Rollins, Jr.

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br>ORVILLE EDMUND BARNES<br>MARIBEL BARNES | CASE NO: 20-50905-KMS<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13 |

On 6/3/2025, I did cause a copy of the following documents, described below,

Notice and Motion for Entry of Chapter 13 Discharge

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 6/3/2025

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.
Attorney at Law
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS  39401
601 500 5533
trollins@therollinsfirm.com

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE: <br><br> ORVILLE EDMUND BARNES <br> MARIBEL BARNES | CASE NO: 20-50905-KMS <br><br> **CERTIFICATE OF SERVICE** <br> **DECLARATION OF MAILING** <br><br> Chapter: 13 |

On 6/3/2025, a copy of the following documents, described below,

Notice and Motion for Entry of Chapter 13 Discharge

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 6/3/2025

_____
Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS  39401

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| CASE INFO | EXCLUDE | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 20-50905-KMS<br>SOUTHERN DISTRICT OF MISSISSIPPI<br>MON JUN 2 13-41-23 PST 2025 | ~~(U)LENDINGCLUB CORPORATION~~ | WELLS FARGO BANK  NA<br>MAC  N928601Y<br>1000 BLUE GENTIAN RD<br>EAGAN  MN 55121-1663 |

| EXCLUDE | | |
|---|---|---|
| ~~US BANKRUPTCY COURT~~<br>~~DAN M RUSSELL  JR US COURTHOUSE~~<br>~~2012 15TH STREET  SUITE 244~~<br>~~GULFPORT  MS 39501 2036~~ | BARCLAYS BANK<br>PO BOX 8803<br>WILMINGTON  DE 19899-8803 | CAPITAL ONE<br>PO BOX 30281<br>SALT LAKE CITY  UT 84130-0281 |

| | | |
|---|---|---|
| CAPITAL ONE BANK (USA)  NA<br>BY AMERICAN INFOSOURCE AS AGENT<br>4515 N SANTA FE AVE<br>OKLAHOMA CITY  OK 73118-7901 | CAPITAL ONE  NA<br>CO BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN PA 19355-0701 | CHASE CARD SERVICES<br>PO BOX 15369<br>WILMINGTON  DE 19850-5369 |

| | | |
|---|---|---|
| CITIBANK<br>701 EAST 60TH ST N<br>SIOUX FALLS  SD 57104-0432 | CITIBANK<br>PO BOX 6217<br>SIOUX FALLS  SD 57117-6217 | CITIBANKEXXON MOBILE<br>PO BOX 6497<br>SIOUX FALLS  SD 57117-6497 |

| | | |
|---|---|---|
| COMENITY BANK<br>PO BOX 183044<br>COLUMBUS  OH 43218-3044 | COMENITY BANK<br>PO BOX 182789<br>COLUMBUS  OH 43218-2789 | DISCOVER BANK<br>DISCOVER PRODUCTS INC<br>PO BOX 3025<br>NEW ALBANY  OH  43054-3025 |

| | | |
|---|---|---|
| (P)DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 | DISCOVER PERSONAL LOAN<br>PO BOX 6105<br>CAROL STREAM  IL 60197-6105 | DISCOVER PERSONAL LOANS<br>PO BOX 30954<br>SALT LAKE CITY  UT 84130-0954 |

| | | |
|---|---|---|
| ELIZABETH CROWELL PRICE  ESQ<br>ATTORNEY FOR WELLS FARGO BANK  NA<br>DEAN MORRIS  LLC<br>1820 AVENUE OF AMERICA<br>MONROE  LA 71201-4530 | JPMORGAN CHASE BANK  NA<br>SBMT CHASE BANK USA  NA<br>CO NATIONAL BANKRUPTCY SERVICES  LLC<br>PO BOX 9013<br>ADDISON  TEXAS 75001-9013 | JPMORGAN CHASE BANK  NA<br>SBMT CHASE BANK USA  NA<br>CO ROBERTSON  ANSCHUTZ  SCHNEID  PL<br>6409 CONGRESS AVENUE  SUITE 100<br>BOCA RATON  FL 33487-2853 |

| | | |
|---|---|---|
| KOHLSCAPITAL ONE<br>PO BOX 3115<br>MILWAUKEE  WI 53201-3115 | LVNV FUNDING  LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE  SC 29603-0587 | LENDINGCLUB CORPORATION<br>595 MARKET ST  SUITE 200<br>SAN FRANCISCO  CA 94105-2802 |

| | | |
|---|---|---|
| (P)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | QUANTUM3 GROUP LLC AS AGENT FOR<br>COMENITY BANK<br>PO BOX 788<br>KIRKLAND  WA  98083-0788 | SYNCHRONY BANK<br>PO BOX 105972<br>ATLANTA  GA 30348-5972 |

```
USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.
```

|  |  |  |
|---|---|---|
| (P)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 | (P)U S BANK<br>4801 FREDERICA STREET<br>OWENSBORO KY 42301-7441 | ~~EXCLUDE~~<br>~~UNITED STATES TRUSTEE~~<br>~~501 EAST COURT STREET~~<br>~~SUITE 6-430~~<br>~~JACKSON MS 39201-5022~~ |
| WELLS FARGO BANK NA<br>DEFAULT DOCUMENT PROCESSING<br>MAC N9286-01Y<br>PO BOX 1629<br>MINNEAPOLIS MN 55440-1629 | WELLS FARGO HOME MOR<br>PO BOX 10335<br>DES MOINES IA 50306-0335 | MARIBEL BARNES<br>19 CATFISH LN<br>COLUMBIA MS 39429-8463 |
| DEBTOR<br>ORVILLE EDMUND BARNES<br>19 CATFISH LN<br>COLUMBIA MS 39429-8463 | ~~EXCLUDE~~<br>~~THOMAS CARL ROLLINS JR~~<br>~~THE ROLLINS LAW FIRM PLLC~~<br>~~PO BOX 13767~~<br>~~JACKSON MS 39236-3767~~ | ~~EXCLUDE~~<br>~~(P)WARREN A CUNTZ T1 JR~~<br>~~PO BOX 3749~~<br>~~GULFPORT MS 39505-3749~~ |